# Court of Appeals
# of the State of Georgia

ATLANTA,___April 04, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13I0173. MOUNTAINBROOK PROPERTY OWNERS ASSOCIATION, INC. v. GEORGIA BANK & TRUST.

The parties in the instant application have settled the case, and Mountainbrook Property Owners Association, Inc. has filed a motion for permission to withdraw its application for interlocutory appeal. The motion is hereby GRANTED, and the application is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 04/04/2013_____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*